146 A.3d 467

CALDWELL, Robert Eugene

v.

STATE of Maryland

Pet. Docket No. 263, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 524, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 467

DAN'S MOUNTAIN WIND FORCE

v.

ALLEGANY CO. BD. OF ZONING APPEALS

No. 253, Sept.Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Pending in the Court of Special Appeals (No. 804, Sept. Term, 2016).

Petition for writ of certiorari denied.